# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

HP INC., a Delaware corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,

Plaintiffs,

v.

ELITE NIK ENTERPRISES, LLC, a California limited liability company, and ASHKAN MALLAKPOUR, an individual,

Defendants.

Case No. 8:26-cv-00612-JWH-KES

**ORDER APPROVING IN PART STIPULATION RE ENTRY OF PERMANENT INJUNCTION AND CONSENT TO JURISDICTION**

The Court has received and reviewed the Parties' STIPULATION RE ENTRY OF PERMANENT INJUNCTION AND CONSENT TO JURISDICTION. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED in part**.

2. Defendant Ashkan Mallakpour, including any business entities owned, controlled, or operated by Defendant Ashkan Mallakpour engaging in the procurement or sale of HP products, and any such officers, directors, members, employees, agents, and any persons acting in concert or participation with a business entity owned, controlled, or operated by Defendant Ashkan Mallakpour, including but not limited to Elite Nik Enterprises, LLC, are **PERMANENTLY ENJOINED** and **RESTRAINED** from:

a. sourcing, manufacturing, importing, distributing, marketing, advertising, offering for sale, or selling any HP-branded products, HP-compatible products, or products bearing any HP trademark, trade dress, or confusingly similar designation, unless such products are genuine HP products sourced directly from HP or an HP-authorized distributor with documentation of authorized chain of custody;

b. assisting, facilitating, or inducing any other person or entity to engage in any of the foregoing activities; and

c. operating any online marketplace seller account (including but not limited to eBay, Amazon, Walmart, or Alibaba) for the sale of HP-branded or HP-compatible products without HP's prior written consent.

3. The Court retains jurisdiction to enforce the Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 18, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE