**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HP INC., a Delaware corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P., a Texas limited partnership,

Plaintiffs,

v.

ELITE NIK ENTERPRISES, LLC, a California limited liability company, and ASHKAN MALLAKPOUR, an individual,

Defendants.

Case No. 8:26-cv-00612-JWH-KES

**JUDGMENT AS TO ELITE NIK ENTERPRISES, LLC**

The Court, having issued its Order (Dkt. 25) approving, in part, the Parties' Stipulation Re Entry of Permanent Injunction and Consent to Jurisdiction (Dkt. 22), and, having issued its Order (Dkt. 26) discharging the Order to Show Cause re Lack of Prosecution (Dkt. 23) as to Elite Nik Enterprises, LLC, and directing the parties to lodge a Proposed Judgment by no later than September 4, 2026, and the Clerk having entered default against Defendant Elite Nik Enterprises, LLC on June 26, 2026 (Dkt. 17),

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Judgment is entered in favor of Plaintiffs HP INC. and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. and against ELITE NIK ENTERPRISES, LLC.

2. ELITE NIK ENTERPRISES, LLC, and any of its principals, officers, agents, employees, successors, assigns, affiliates, joint venturers, or any person(s) acting in concert with or participation with ELITE NIK ENTERPRISES, LLC, are **PERMANENTLY ENJOINED** and **RESTRAINED** from:

a. sourcing, manufacturing, importing, distributing, marketing, advertising, offering for sale, or selling any HP-branded products, HP-compatible products, or products bearing any HP trademark, trade dress, or confusingly similar designation, unless such products are genuine HP products sourced directly from HP or an HP-authorized distributor with documentation of authorized chain of custody;

b. assisting, facilitating, or inducing any other person or entity to engage in any of the foregoing activities; and

c. operating any online marketplace seller account (including but not limited to eBay, Amazon, Walmart, or Alibaba) for the sale of HP-branded or HP-compatible products without HP's prior written consent.

3. The Court retains jurisdiction to enforce this Judgment and the Confidential Settlement Agreement.

**IT IS SO ORDERED.**

Dated: September 4, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE